Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:           mark@markmerin.com
                     paul@markmerin.com

Attorneys for Plaintiffs
MYRAH MARTINEZ, KITARA MCCRAY,
MADISON MARLENE MARVEL, STAR SMITH,
and R.M.

Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:     707-526-4250
Facsimile:      707-526-0347
bfreeman@sennefflaw.com

Attorneys for Defendants County of Sonoma (also sued as Sonoma County Human Services Department and Sonoma County Family, Youth and Children's Services), Jerry Dunn, Nick Honey and Stacie Kabour

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRAH MARTINEZ, et al., | Case No. 3:15-cv-01953-JST |
| Plaintiffs, | **STIPULATION TO CONTINUE JULY 23, 2015, HEARING DATE; [PROPOSED] ORDER** |
| vs. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

Defendants' motion to dismiss Plaintiffs' first amended complaint is currently scheduled for a hearing before the Court on July 23, 2015. *See* ECF No. 19.

Plaintiff's counsel is unavailable to attend the hearing, as scheduled. Therefore, the parties hereby agree and stipulate to continue the July 23, 2015, hearing date to July 30, 2015, or a date thereafter.

1

**STIPULATION TO CONTINUE JULY 23, 2015, HEARING DATE; [PROPOSED] ORDER**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST

Dated: June 18, 2015             Respectfully Submitted,

                                   LAW OFFICE OF MARK E. MERIN

                                          /s/ Mark E. Merin

                                   By: _____
                                          Mark E. Merin

                                   Attorneys for Plaintiffs
                                   MYRAH MARTINEZ, KITARA MCCRAY, MADISON MARLENE MARVEL, STAR SMITH, and R.M.

Dated: June 18, 2015             Respectfully Submitted,

                                   SENNEFF FREEMAN & BLUESTONE, LLP

                                          /s/ Michael D. Senneff
                                          (as authorized on June 18, 2015)

                                   By: _____
                                          Michael D. Senneff
                                          Bonnie A. Freeman
                                   Attorneys for Defendants County of Sonoma (also sued as Sonoma County Human Services Department and Sonoma County Family, Youth and Children's Services), Jerry Dunn, Nick Honey and Stacie Kabour

### [PROPOSED] ORDER

      Pursuant to the parties' stipulation, the hearing on Defendants' motion to dismiss Plaintiffs' first amended complaint (ECF No. 19) is hereby CONTINUED to July 30, 2015.

      IT IS SO ORDERED.

Dated:  June 18, 2015

                                                                  _____
                                                                 JON S. TIGAR
                                                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jon S. Tigar]*

2

**STIPULATION TO CONTINUE JULY 23, 2015, HEARING DATE; [PROPOSED] ORDER**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST