1  Mark E. Merin (State Bar No. 043849)
   Paul H. Masuhara (State Bar No. 289805)
2  **LAW OFFICE OF MARK E. MERIN**
   1010 F Street, Suite 300
3  Sacramento, California 95814
   Telephone:    (916) 443-6911
4  Facsimile:    (916) 447-8336
   E-Mail:        mark@markmerin.com
5                 paul@markmerin.com

6  Attorneys for Plaintiffs

7  Bonnie A. Freeman, Esq. (SB 180502)
8  SENNEFF FREEMAN & BLUESTONE, LLP
   50 Old Courthouse Square, Suite 401
   P.O. Box 3729
9  Santa Rosa, CA 95402-3729
   Telephone:    707-526-4250
10 Facsimile:    707-526-0347
   bfreeman@sennefflaw.com
11
   Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16 MYRAH MARTINEZ, et al.,              Case No. 3:15-cv-01953-JST

17          Plaintiffs,                 **STIPULATION TO CONTINUE CASE**
                                        **MANAGEMENT CONFERENCE AND**
18 vs.                                  **ASSOCIATED DEADLINES;**
                                        **[PROPOSED] ORDER**
19 COUNTY OF SONOMA, et al.,

20          Defendants.

21        WHEREAS, the Court's currently-scheduled Case Management Conference in the above-

22 captioned is set for August 5, 2015. ECF No. 9. Dates associated with the Case Management Conference

23 include the parties' obligation to meet and confer by July 15, 2015, pursuant to Federal Rule of Civil

24 Procedure 26(f)(1); the parties' obligation to exchange initial disclosures within 14 days of their meet and

25 confer, pursuant to Federal Rule of Civil Procedure 26(a)(C); and the parties' obligation to file a Joint

26 Case Management Statement by July 27, 2015.

27        WHEREAS, the pendency of Defendants' motion to dismiss (ECF No. 19) and Plaintiffs'

28 counsels' unavailability during the month of July creates good cause to delay the above-referenced dates

1

and deadlines, the parties hereby STIPULATE to the following:

 1. the Court's rescheduling of the Case Management Conference to September 2, 2015;

 2. the parties' obligation to meet and confer by August 12, 2015, pursuant to Federal Rule of Civil Procedure 26(f)(1);

 3. the parties' obligation to exchange initial disclosures within 14 days of their meet and confer, pursuant to Federal Rule of Civil Procedure 26(a)(C); and

 4. the parties' obligation to file a Joint Case Management Statement by August 24, 2015.

Dated: July 6, 2015   Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
 Mark E. Merin

Attorneys for Plaintiffs
MYRAH MARTINEZ, KITARA MCCRAY,
MADISON MARLENE MARVEL, STAR SMITH,
and R.M.

Dated: July 6, 2015   Respectfully Submitted,

SENNEFF FREEMAN & BLUESTONE, LLP

/s/ Bonnie A. Freeman
(as authorized on July 6, 2015)

By: _____
 Bonnie A. Freeman
Attorneys for Defendants County of Sonoma (also sued as
Sonoma County Human Services Department and Sonoma
County Family, Youth and Children's Services), Jerry
Dunn, Nick Honey and Stacie Kabour

1

**[PROPOSED] ORDER**

2     Pursuant to the parties' stipulation, the Court hereby ORDERS the following:

3     1.      the Case Management Conference is rescheduled from August 5, 2015 to September 2,

4             2015;

5     2.      the parties are obligated to meet and confer by August 12, 2015, pursuant to Federal Rule

6             of Civil Procedure 26(f)(1);

7     3.      the parties are obligated to exchange initial disclosures within 14 days of their meet and

8             confer, pursuant to Federal Rule of Civil Procedure 26(a)(C); and

9     4.      the parties are obligated to file a Joint Case Management Statement by August 24, 2015.

10    IT IS SO ORDERED.

11    Dated:  July 8, 2015



IT IS SO ORDERED

Judge Jon S. Tigar

12

13                                                    _____

14                                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28