UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYRAH MARTINEZ, et al.,

    Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

Case No. 15-cv-01953-JST

**ORDER VACATING HEARING**

Re: ECF No. 37

    Before the Court is Defendants' Motion to Dismiss Second Amended Complaint and Motion to Strike. ECF No. 37. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 10, 2015, is hereby VACATED.

    IT IS SO ORDERED.

Dated: November 30, 2015

_____
JON S. TIGAR
United States District Judge