Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:           mark@markmerin.com
                      paul@markmerin.com

Attorneys for Plaintiffs

Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:     707-526-4250
Facsimile:      707-526-0347
bfreeman@sennefflaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRAH MARTINEZ, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, et al.,<br><br>          Defendants. | Case No. 3:15-cv-01953-JST<br><br>**STIPULATION TO CONTINUE ASSOCIATED DEADLINES ON PLAINTIFFS' MOTION TO STRIKE; [PROPOSED] ORDER** |

   WHEREAS, plaintiffs have filed an amended notice on plaintiffs' motion to strike affirmative defenses from defendants' joint answer which is currently scheduled for a hearing based upon the before the Court on March 31, 2016. *See* ECF No. 62.

   WHEREAS, defendants' counsel Bonnie Freeman is currently on vacation and is unavailable to meet the associated deadline to respond to said motion on February 23, 2016;

   WHEREAS, the parties, through their representatives, have agreed to stipulate to continue the opposition and reply dates for said motion from the new hearing date based upon Ms. Freeman's unavailability the parties hereby STIPULATE to the following:

1

1.     the Court's rescheduling of the associated deadline for defendants to respond to said motion to be continued to March 8, 2016; and

2.     the Court's rescheduling of the associated deadline for plaintiffs to reply to said motion to be continued to March 15, 2016.

Dated: February 17, 2016     Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

By: _____
    Mark E. Merin
    Attorneys for Plaintiffs
    MYRAH MARTINEZ, KITARA MCCRAY,
    MADISON MARLENE MARVEL, STAR SMITH,
    and R.M.

Dated: February 17, 2016     Respectfully Submitted,

SENNEFF FREEMAN & BLUESTONE, LLP

        */s/ Bonnie A. Freeman*
By: _____
    Bonnie A. Freeman
    Attorneys for Defendants County of Sonoma (also sued as Sonoma County Human Services Department and Sonoma County Family, Youth and Children's Services), Jerry Dunn, Nick Honey and Stacie Kabour

2

**STIPULATION TO CONTINUE ASSOCIATED DEADLINES ON PLAINTIFFS' MOTION TO STRIKE; [PROPOSED] ORDER**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and finding good cause, the Court hereby ORDERS the following:

1. the associated deadline for defendants to respond to said motion is continued to March 8, 2016; and

2. the associated deadline for plaintiffs to reply to said motion is continued to March 15, 2016.

IT IS SO ORDERED.

Dated: February 17, 2016



3

**STIPULATION TO CONTINUE ASSOCIATED DEADLINES ON PLAINTIFFS' MOTION TO STRIKE; [PROPOSED] ORDER**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST