UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRAH MARTINEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | Case No. 15-cv-01953-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 61 |

Before the Court is Plaintiff's Motion to Strike Affirmative Defenses. ECF No. 61. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 31, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: March 21, 2016

JON S. TIGAR
United States District Judge