United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRAH MARTINEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 15-cv-01953-JST<br><br>**CASE MANAGEMENT ORDER; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties most recent Joint Case Management Statement, ECF No. 72, which they submitted in advance of the Case Management Conference scheduled for May 4, 2016. It appears that the parties currently have ongoing discovery disputes that are not yet ripe for decision (or reconsideration) by the undersigned. Although Plaintiffs complain about the Defendants' discovery conduct, they do not request, or state their intent to request, any specific relief.

The parties also state they once they have completed initial discovery, they wish to attend a Settlement Conference conducted by Magistrate Judge Joseph C. Spero. The Court notes that the parties have filed a Notice of Need for Telephone Conference as required by A.D.R. Local Rule 3-5(c)(2), and attended such a conference with a member of the Court's A.D.R. staff. The Court will refer the parties to Judge Spero by separate order.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The May 4, 2016 Case Management Conference is CONTINUED to August 3, 2016 at
2   2:00 p.m.  A Joint Case Management Statement is due by July 27, 2016 at 5:00 p.m.
3   IT IS SO ORDERED.
4   Dated:  April 28, 2016

_____
JON S. TIGAR
United States District Judge

2