Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

Attorneys for Plaintiffs

Bonnie A. Freeman, Esq. (SB 180502)
Marshall E. Bluestone, Esq. (SB 151632)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:    707-526-4250
Facsimile:    707-526-0347
bfreeman@sennefflaw.com
mbluestone@sennefflaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRAH MARTINEZ, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, et al.,<br><br>           Defendants. | Case No. 3:15-cv-01953-JST<br><br>**ORDER ADOPTING STIPULATION OF DISMISSAL AND INJUNCTIVE RELIEF** |

The parties hereby stipulate to the dismissal of Plaintiffs MYRAH MARTINEZ, KITARA MCCRAY, MADISON MARLENE MARVEL, and R.M.'s claims, with prejudice, and to the dismissal of the class claims, without prejudice, with each side to bear their own attorneys' fees and costs, and with the Court to retain continuing jurisdiction over the terms of the following stipulated injunction.

<u>STIPULATED INJUNCTION</u>

The County of Sonoma, through its Human Services Department, affirms that the Valley of the Moon Children's Home ("VOMCH") has had the following policies in place and shall continue to follow

1

**ORDER ADOPTING STIPULATION OF DISMISSAL AND INJUNCTIVE RELIEF**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST

these policies:

    a)    VOMCH does not conduct personal or property searches unless there is individualized reasonable suspicion and a supervisor approves of the search, and it shall continue to follow this policy; and

    b)    VOMCH does not take away clients' cell phones or chargers unless there is individualized reasonable cause for such and a supervisor approves, and it shall continue to follow this policy.

These are the only two stipulations required for this Injunction, and are the only two stipulations subject to the Court's continuing jurisdiction. County reserves the right to seek modification of these stipulations by the court in the future if needed.

| | |
|---|---|
| Dated: September 26, 2016 | Respectfully Submitted,<br>LAW OFFICE OF MARK E. MERIN<br><br>    /s/ Mark E. Merin<br><br>By: _____<br>   Mark E. Merin<br><br>Attorneys for Plaintiffs<br>MYRAH MARTINEZ, KITARA MCCRAY, MADISON MARLENE MARVEL, and R.M. |
| Dated: September 26, 2016 | Respectfully Submitted,<br>SENNEFF FREEMAN & BLUESTONE, LLP<br><br>    /s/ Bonnie A. Freeman<br>    (as authorized on September 26, 2016)<br>By: _____<br>   Bonnie A. Freeman<br><br>Attorneys for Defendants County of Sonoma (also sued as Sonoma County Human Services Department and Sonoma County Family, Youth and Children's Services), Jerry Dunn, Nick Honey and Stacie Kabour |

2

**ORDER ADOPTING STIPULATION OF DISMISSAL AND INJUNCTIVE RELIEF**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: September 27, 2016

_____
JON S. TIGAR
United States District Judge

3

**ORDER ADOPTING STIPULATION OF DISMISSAL AND INJUNCTIVE RELIEF**
*Martinez v. County of Sonoma*; United States District Court, Northern District of California, Case No. 3:15-cv-01953-JST